■ NECOLE R. ZAYATZ, Appellant, v WILLIAM B. COLLINS, ESQ., et al., Defendants, and JACOB P. MYLES, Respondent. (Appeal No. 2.) [849 NYS2d 919]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered September 13, 2006. The order granted the motion of defendant Jacob P. Myles for summary judgment dismissing the complaint against him.

It is hereby ordered that the order so appealed from is affirmed without costs.

Same memorandum as in *Zayatz v Collins* (48 AD3d 1287 [2008]).

All concur; Gorski and Pine, JJ., concur in the memorandum insofar as it concerns appeal No. 2 only. Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Pine, JJ.